UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANNY LASTER, | ) | Case No. 1:11-cv-2091 LJO GSA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER ADOPTING THE PARTIES'** |
| | ) | **JOINT STIPULATED PROTECTIVE** |
| BLACK AND DECKER (U.S) INC., and | ) | **ORDER IN PART** |
| DOES 1 to 50, | ) | |
| | ) | |
| | ) | |
| Defendants, | ) | |
| _____ | ) | (Doc. 16) |

On December 12, 2012, the parties filed a Joint Stipulated Protective Order. (Doc. 16). Upon a review of the stipulation, the Court adopts the stipulation except for the following provisions :

1) The Court will not adopt paragraph 28 related to removing sealed documents filed with the Clerk's Office. The parties shall follow the procedures outlined in Local Rule 141 regarding the sealing and unsealing of documents filed pursuant to this protective order;

2) The Court does not adopt paragraph 29 as written but instead adopts this provision as follows :

Paragraph 29 : Any violation of the Stipulated Protective Order during the pendency of this action or thereafter *may* be punishable as a contempt of the court and *may* be grounds for a motion for sanctions to be filed with the Court; and

3) Finally, the parties and/or any interested third party shall have meaningful meet and

1  confer sessions to resolve any alleged violations of this protective order prior to filing any
2  motions with this Court regarding the alleged violation.  Any motion filed must specifically
3  outline the meet and confer efforts made prior to the filing of the motion.
4      IT IS SO ORDERED.
5      Dated:   **December 13, 2012**             **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE