Vincent Galvin (#104448)
Vincent.galvin@bowmanandbrooke.com
Neil M. Kliebenstein (#226060)
Neil.kliebenstein@bowmanandbrooke.com
Angela G. Mariveles (#242905)
Angela.mariveles@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, California  95110-1355
Telephone: (408) 279-5393
Facsimile:   (408) 279-5845

Attorneys for Defendants
Black & Decker (U.S.) Inc. and
Home Depot U.S.A., Inc.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DANNY LASTER,<br><br>        Plaintiff,<br><br>vs.<br><br>BLACK & DECKER (U.S.) INC., HOME DEPOT U.S.A., INC. and DOES 1 TO 50,<br><br>        Defendants. | Case No.  1:11-CV-02091-LJO-GSA<br><br>**ORDER** GRANTING DEFENDANTS BLACK & DECKER (U.S.) INC., AND HOME DEPOT U.S.A., INC.'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR NOTICE OF MOTION TO EXCLUDE PLAINTIFF'S UNDISCLOSED EXPERT OPINIONS |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

The Court, having received and reviewed Defendants' *ex parte* application for an order shortening time for hearing on Defendants Motion to Exclude Plaintiff's Undisclosed Expert Opinions, and having found good cause, hereby grants Defendants' *ex parte* application for an order shortening time.   Defendants' Motion to Exclude Plaintiff's Undisclosed Expert Opinions shall be heard on

January 11, 2013 at 9:30 a.m. in Courtroom 10.  Defendants' moving papers will be served on Plaintiff Danny Laster on January 4, 2013, no later than 5:00 p.m., by facsimile or electronic mail.

Any opposition papers will be due on January 7, 2013, no later than 5:00 p.m., served by facsimile or electronic mail on all parties and the court.

**COUNSEL FOR THE PARTIES SHALL PERSONALLY APPEAR AT THE HEARING OF JANUARY 11, 2013.**

IT IS SO ORDERED.

Dated:   **January 3, 2013**          **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE