# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANNY LASTER, | ) | 1:11cv2091 LJO GSA |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ON EX PARTE APPLICATION FOR |
| v. | ) | ORDER SHORTENING TIME TO HEAR |
| | ) | MOTION |
| | ) | |
| BLACK and DECKER INC. and HOME DEPOT INC., | ) | (Document 22) |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The court has considered Plaintiff, Danny Laster's ("Plaintiff") Motion to Shorten Time for Motion to Extend Expert Witness Discovery filed on January 4, 2013. (Doc. 22). Although the motion was filed Ex Parte, Plaintiff's counsel indicates that Defendants, Black and Decker Inc. and Home Depot Inc., are not opposed to the Court hearing this motion at the same time as Defendant's Motion to Exclude Expert Opinions that is presently scheduled for Friday, January 11, 2013 at 9:30 am. Given that these motions are related and all briefing on both motions has been completed, Plaintiff's Motion to Hear the Motion to Extend the Expert Discovery Deadline on Shortened Time is GRANTED. Accordingly, both Defendants' Motion to Exclude Expert Witness Opinions (Docs. 18 and 23), as well as Plaintiff's Motion to Extend the Expert Discovery Deadline (Doc. 21), will be heard on shortened time.

Counsel are advised the Court has reviewed the pleadings filed in both motions and has determined that the matters are suitable for decision without oral argument. The matters are

taken under submission and the hearings scheduled for January 11, 2013, at 9:30 am are VACATED.  Counsel need not appear.  A written order will follow.

    IT IS SO ORDERED.

**Dated:   January 8, 2013**                    /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE