# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY LASTER,<br><br>        Plaintiff,<br><br>    v.<br><br>BLACK and DECKER INC. and HOME DEPOT INC.,<br><br>        Defendants. | 1:11-cv-2091 LJO GSA<br><br>**SECOND AMENDED SCHEDULING ORDER**<br><br>(Document 28) |

    The Court has considered the parties' stipulation filed on January 25, 2013. (Doc. 28). The parties are advised that the pretrial conference dates and the trial date have been changed to accommodate the Court's schedule. As such, the Court has amended the deadlines in the scheduling order as set forth below:

    Plaintiff's expert Carl Sheriff, will be deposed before **February 8, 2013**;

    Plaintiff's expert, Michael Azevedo will be deposed before **February 15, 2013**;

    Defendant's Expert reports are due on **March 1, 2013**;

    Defendants experts will be produced and made available for deposition on or before **March 29, 2013.**

    Any Rebuttal experts for both parties and their expert reports are due on **April 12, 2013**;

    Expert discovery deadline : **April 26, 2013**;

    Filing Pretrial Motions : **May 10, 2013**;

Pretrial Motions hearing Deadlines : **June 14, 2013**;

Pretrial conference : **August 14, 2013**, at 8:15 a.m. before the Honorable Lawrence J. O'Neill, Courtroom 4; and

Jury Trial: **October 16, 2013** at 8:30 a.m. before the Honorable Lawrence J. O'Neill, Courtroom 4.

Counsel are advised that all other orders contained in this Court's initial scheduling order issued on February 23, 2012 (Doc. 11) remain in full force and effect.

IT IS SO ORDERED.

Dated:   **February 1, 2013**                    /s/ **Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE