UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY LASTER,<br><br>        Plaintiff,<br><br>        vs.<br><br>BLACK & DECKER (U.S.) INC., et al.,<br><br>        Defendant | CASE NO. CV F 11-2091 LJO GSA<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>**(Doc. 30.)** |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1.   DISMISSES with prejudice this entire action and all claims;

2.   VACATES all pending dates and matters, including the August 14, 2013 pretrial conference and October 16, 2013 trial; and

3.   DIRECTS the clerk to close this action.

         IT IS SO ORDERED.

Dated:   **July 1, 2013**          /s/ **Lawrence J. O'Neill**

                              UNITED STATES DISTRICT JUDGE

1